RECEIVED
OCT 23 2019
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:19-cr-00033 |
| | * | |
| | * | 18 U.S.C. § 2252A(a)(2)(A) |
| VERSUS | * | 18 U.S.C. § 2252A(a)(5)(B) |
| | * | |
| | * | JUDGE TERRY A. DOUGHTY |
| CHRISTOPHER JOE STAMPER | * | MAGISTRATE JUDGE HAYES |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Receipt of Child Pornography
### 18 U.S.C. § 2252A(a)(2)(A)

On or about November 3, 2018, in the Western District of Louisiana, the defendant, CHRISTOPHER JOE STAMPER, did knowingly and intentionally receive child pornography, as defined by Title 18, United States Code, Section 2256, involving prepubescent minors under the age of 12 years, using any means or facility of interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

### COUNT 2
### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5)(B)

On or about February 14, 2018, in the Western District of Louisiana, the defendant, CHRISTOPHER JOE STAMPER, did knowingly and intentionally possess child pornography, as defined by Title 18, United States Code, Section 2256, that involved prepubescent minors under the age of 12 years, that had been shipped or transported by

1

any means or facility of interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). [18 U.S.C. § 2252A(a)(5)(B)].

## COUNT 3
### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5)(B)

On or about January 4, 2019, in the Western District of Louisiana, the defendant, CHRISTOPHER JOE STAMPER, did knowingly and intentionally possess child pornography, as defined by Title 18, United States Code, Section 2256, that involved prepubescent minors under the age of 12 years, that had been shipped or transported by any means or facility of interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). [18 U.S.C. § 2252A(a)(5)(B)].

## COUNT 4
### Coercion and Enticement
### 18 U.S.C. § 2422(b)

Between on or about November 2, 2018 and continuing through on or about November 8, 2018, in the Western District of Louisiana, the defendant, CHRISTOPHER JOE STAMPER, using any means of interstate commerce, knowingly persuaded, induced, enticed, and coerced any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 through 4 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) 2252A(a)(5)(B), the defendant, CHRISTOPHER JOE STAMPER, shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B) or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; and

   b. Any property, real or personal, used or intended to be used, to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

   a. Cell phone seized from STAMPER's residence on or about February 14, 2018; and

   b. Cell phone seized from STAMPER's residence on or about January 4, 2019.

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

By: _____
JESSICA D. CASSIDY (LA Bar #34477)
Assistant United States Attorney
Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600

EARL M. CAMPBELL, LA Bar 25957
Assistant United States Attorney
300 Fannin St., Suite 3201
Shreveport, LA 71101