U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

DEC 0 3 2019

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:19-cr-00033-01 |
| | * | |
| | * | 18 U.S.C. §§ 2252A(a)(2)(A) |
| VERSUS | * | 18 U.S.C. §§ 2252A(a)(5)(B) |
| | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| CHRISTOPHER JOE STAMPER | * | MAGISTRATE JUDGE HAYES |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, CHRISTOPHER JOE STAMPER, the above-named Defendant, having been furnished a copy of the charge and having discussed same with my attorney, state that I understand the nature of the charge against me and the maximum possible penalty that may be imposed against me as set forth in the Plea Agreement.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me, throughout all proceedings, including trial and appeal.

2. My right to plead guilty or not guilty.

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt beyond a reasonable doubt in order to convict.

4. My right not to be required to testify against myself or at all, if I do not so desire.

5. My right to confront and cross-examine witnesses against me.

6. My right to use the Court's compulsory process to require witnesses to appear at trial and testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Signed this 22 day of November, 2019.


_____
CHRISTOPHER JOE STAMPER
Defendant


_____
WALT M. CALDWELL, IV
Attorney for Defendant