U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

DEC 0 3 2019

TONY R. MOORE, CLERK
BY

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:19-cr-00033-01 |
| | * | |
| | * | 18 U.S.C. §§ 2252A(a)(2)(A) |
| VERSUS | * | 18 U.S.C. §§ 2252A(a)(5)(B) |
| | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| CHRISTOPHER JOE STAMPER | * | MAGISTRATE JUDGE HAYES |

## FACTUAL BASIS

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure Rule 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the Defendant pleading guilty to Count Two of the Indictment:

In November of 2018, CHRISTOPHER JOE STAMPER ("STAMPER") began communicating with an 11-year old girl named K.M.C. on a mobile application known as Avakin Life. On or about November 2, 2018, STAMPER and K.M.C. moved their conversation to text messages. K.M.C. told STAMPER that she was 11 years old. STAMPER responded, "I'm not mad I like u but I don't want to get caught."

As their conversation continued on or about November 2, 2018, STAMPER asked K.M.C. to talk "sexually" with him. STAMPER and K.M.C. proceeded to engage in "role-playing" conversations that were sexually explicit in nature. STAMPER then asked to see K.M.C. in various stages of undress. K.M.C. sent multiple pictures of herself to STAMPER, including one of her exposed breasts. STAMPER asked K.M.C. to "take one lower," and so K.M.C. sent to STAMPER a

picture of her nude pubic region. After receiving the image, STAMPER responded "Very sexy."

At the time of the aforementioned communications, K.M.C. was residing in the State of Washington while STAMPER was living in Calhoun, Louisiana. K.M.C. utilized an iPhone 8, which was not manufactured in the State of Louisiana, to send the above-described images to STAMPER. The images that STAMPER received from K.M.C. were therefore transported in interstate commerce.

The above-described facts do not represent the totality of the evidence obtained in this case. However, the parties signing below agree and stipulate that the preceding paragraphs adequately describe STAMPER's role in the offense of Receipt of Child Pornography (18 U.S.C. § 2252A(a)(2)(A)) occurring in the Western District of Louisiana for purposes of establishing his guilt beyond a reasonable doubt to Count Two of the Indictment.

Signed this 22 day of November, 2019.

_____
CHRISTOPHER JOE STAMPER
Defendant

_____
WALT M. CALDWELL, IV
Counsel for Defendant

_____ 11/26/19
JESSICA D. CASSIDY
Assistant United States Attorney