U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

DEC 0 3 2019

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:19-cr-00033-01 |
| | * | |
| | * | 18 U.S.C. §§ 2252A(a)(2)(A) |
| VERSUS | * | 18 U.S.C. §§ 2252A(a)(5)(B) |
| | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| CHRISTOPHER JOE STAMPER | * | MAGISTRATE JUDGE HAYES |

## ELEMENTS OF THE OFFENSE

RECEIPT OF CHILD PORNOGRAPHY
18 U.S.C. § 2252A(a)(2)(A)

Title 18, United States Code, Section 2252A(a)(2)(A) makes it a crime to knowingly receive any child pornography that has been mailed or, using any means or facility of interstate commerce, transported in or affecting interstate commerce by any means, including by computer.

In order to find the defendant guilty of the offense charged in the Indictment, the United States must prove the following essential elements beyond a reasonable doubt:

*First:* That the defendant knowingly received an item of child pornography, as alleged in the indictment;

*Second:* That the item of child pornography had been transported in or affecting interstate commerce, including by computer; and

*Third:* That when the defendant received item, he knew the item was child pornography.

To "receive" something means to knowingly accept or to take possession of something. Receipt does not require proof of ownership.

The term "child pornography" means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

The government must also establish, for purposes of venue, that one or more acts constituting this offense took place in the Western District of Louisiana.

Read, Understood, Agreed to and Signed this _____ day of _____, 2019.

_____  
CHRISTOPHER JOE STAMPER  
Defendant

_____  
WALT M. CALDWELL, IV  
Counsel for Defendant