UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 3:19-cr-00033-01 |
| VERSUS | : JUDGE DOUGHTY |
| CHRISTOPHER JOE STAMPER | : MAGISTRATE HAYES |

## MOTION TO WITHDRAW PLEA

NOW INTO COURT, comes CHRISTOPHER JOE STAMPER, made defendant herein, who respectfully moves the following:

1.

CHRISTOPHER JOE STAMPER moves this court, pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B) to withdraw his plea in the above referenced matter, entered December 3, 2019 before this honorable court for the reasons as detailed in Defendant's memorandum in support filed concurrently herewith.

WHEREFORE, **Mover**, prays that this motion be granted by this Honorable Court.

WALTER M. CALDWELL IV
CJA PANEL; Appointed Counsel for CHRISTOPHER JOE STAMPER
4007 White's Ferry Road, Suite B
West Monroe, Louisiana 71291
(318) 396-0540  FAX : (318) 396-0292

s/ *Walter M. Caldwell, IV*
BY:  Walter M. Caldwell, IV, LSBA NO. 22289
ATTORNEY FOR DEFENDANT

CERTIFICATE OF ECF FILING/SERVICE:

I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of this court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/ <u>*Walter M. Caldwell, IV*</u>
WALTER M. CALDWELL, IV