U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 14 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

Western District of Louisiana/
United States District Court
    Parish of Ouachita/ Monroe Division

United States      Date Filed: Jan. 15, 2020
 V/S
Christopher Joe Stamper   Docket No:
                       18 U.S.C. § 2252A(a)(2)(A)
Criminal Number: 3:19-cr-00033-01
JUDGE DOUGHTY    Cleark of Court
MAGISTRATE HAYES   S/_____

## (1)

MOTION TO BE Allowed TO WITHDRAW PLEA OF GUILTY

Now into Court, Through undersigned Counsel, Comes defendant Christopher Joe Stamper and Moves that he be allowed to withdraw the plea of guilty for the following reasons:

## (2)

Defendant pleaded guilty to the crime of RECEIPT OF CHILD PORNOGRAPHY.

## (3)

Further information has been developed that will assist defendant in his defense.

Page 1 of 2

(4)

(A) There is a verbal recorded confession from Tiffinie C Hale, that the defendant Christopher Joe Stamper, is in fact innocent. She states that she was in fact on his device without his consent and committed the following offenses.

① COERCION AND ENTICEMENT
② RECEIPT OF PORNOGRAPHY CHILD
③ POSSESSION OF CHILD PORNOGRAPHY - TWO COUNTS
④ FIVE COUNTS OF RECEIPT OF CHILD PORNOGRAPHY - STATE OF LA.
⑤ TIFFINIE C HALE, FURTHER STATES, that Christopher Joe Stamper had no involvent or any knowledge of the above mentioned offenses.

(5)

In light of this new information and new evidence the defendant Christopher Joe Stamper, humbly and respectfully requests that since this request is made prior to the sentencing date of April 1, 2020, that the HONORABLE JUDGE DOUGHTY, take into consideration the afore mentioned and grant this MOTION TO BE ALLOWED TO WITHDRAW PLEA OF GUILTY.

RESPECTFULLY
Christopher Joe Stamper Sr
Defendant PRO SE

Page 2 of 2