Page 1 of 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 14 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES OF AMERICA

: CRIMINAL NO:

VERSUS            3:19-Cr-00033-01

: JUDGE DOUGHTY

CHRISTOPHER JOE STAMPER : MAGISTRATE HAYES

MOTION TO DISMISS/
INSUFFICIANT EVIDENCE

① The only evidence that the U.S. Prosecuting Attorney has supporting their claim of guilt against the defendant Christopher Joe Stamper is circumstantial at best.

② There is proof that the crimes of:
(A) COERCION AND ENTICEMENT
(B) RECEIPT OF CHILD PORNOGRAPHY
(C) TWO COUNTS OF POSSESSION OF CHILD PORNOGRAPHY
(D) FIVE COUNTS RECEIVING CHILD PORNOGRAPHY - STATE OF LA.
were in fact commited on electronic devices in the defendants name.

③ There are "Face shots" and "Nude shots" of the defendant being sent via "Text Now". There are incriminating text, pictures, and videos being sent and received on the defendants device.

④ page 2 of 3

However, there is no physical evidence proving the defendant was in fact behind the device on the dates and times the crimes were committed.

⑤

All pictures being sent from the defendants device are saved in his gallery.

⑥

Nine different times during the text the perpetrator makes references to not wanting to get caught.

⑦

If the defendant was the perpetrator and was concerned with being caught why would he

(A) use a device in his name
(B) Send a face shot
(C) mention a rare medical conditions he has "Chiari malformation and Lupus"
(D) Send a picture of his Brain surgery scar.
(E) And finally when the victim states she will take the blame - Why would he say "No tell them I forced you to send pics, video's"

⑧

The defendant has evidence in paramount proportions supporting his claim of innocence-

⑨

(A) A verbal recorded confession to the crimes committed on defendants device by Tiffinie C. Hale.
(B) A written confession from Tiffinie C. Hale to the crimes.
(C) Four written statements from four different witnesses stating that Tiffinie C. Hale, in fact confessed to using the defendants device without his consent to intentionally commit the crimes in order to set him up to look as though he committed the crimes.

page 3 of 3

(9) From the moment of the defendants arrest up to the present moment the defendant has denied any knowledge or any involvement in the crimes and has consistently insisted he is being framed for crimes he did not commit.

(10) In light of this information and evidence the defendant humbly and respectfully request Honorable Judge Doughty grant this motion to Dismiss.

Respectfully submitted
Christopher Jae Stemper
pro se