| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-02 07:39:37 UTC | Sent | | Hey | Yes |
| 2018-11-02 09:31:48 UTC | Sent | | Hey | Yes |
| 2018-11-02 09:32:10 UTC | Received | | Hi | Yes |
| 2018-11-02 09:32:30 UTC | Sent | | WhatÃ¢â‚¬â„¢s ur name | Yes |
| 2018-11-02 09:32:38 UTC | Received | | | Yes |
| 2018-11-02 09:32:57 UTC | Sent | | Pretty name | Yes |
| 2018-11-02 09:33:03 UTC | Received | | Thx | Yes |
| 2018-11-02 09:33:21 UTC | Sent | | Do u want to see what I look like | Yes |
| 2018-11-02 09:33:31 UTC | Received | | Yes | Yes |
| 2018-11-02 09:34:44 UTC | Received | | Ya still here | Yes |
| 2018-11-02 09:35:39 UTC | Sent | | https://media.textnow.com/?h=b8849f53-6fe4-593a-9766-c697634d36f4 | Yes |
| 2018-11-02 09:35:39 UTC | Sent | | I canÃ¢â‚¬â„¢t do both at the same time IÃ¢â‚¬â„¢m on my ipad | Yes |
| 2018-11-02 09:35:49 UTC | Received | | Oh | Yes |
| 2018-11-02 09:36:04 UTC | Received | | Oh so cute | Yes |
| 2018-11-02 09:36:05 UTC | Sent | | ThatÃ¢â‚¬â„¢s my son | Yes |
| 2018-11-02 09:36:12 UTC | Sent | | Who is | Yes |
| 2018-11-02 09:36:41 UTC | Received | | There's another son older right | Yes |
| 2018-11-02 09:37:13 UTC | Sent | | Nope heÃ¢â‚¬â„¢s 1 and a half | Yes |
| 2018-11-02 09:37:26 UTC | Received | | Oh | Yes |
| 2018-11-02 09:37:30 UTC | Sent | | Why | Yes |
| 2018-11-02 09:37:56 UTC | Received | | There another arm in the pic | Yes |
| 2018-11-02 09:38:11 UTC | Sent | | That was my ex | Yes |
| 2018-11-02 09:38:19 UTC | Received | | Oh | Yes |
| 2018-11-02 09:38:56 UTC | Sent | | ItÃ¢â‚¬â„¢s hard to cut people out of pics | Yes |
| 2018-11-02 09:39:06 UTC | Received | | TRUE | Yes |
| 2018-11-02 09:39:45 UTC | Sent | | Without cutting out the most important one in my life who canÃ¢â‚¬â„¢t run till heÃ¢â‚¬â„¢s | Yes |
| 2018-11-02 09:39:47 UTC | Received | | https://media.textnow.com/?h=3c1e987b-de83-11e8-9cc7-0cc47a9af140 | Yes |
| 2018-11-02 09:39:59 UTC | Sent | | Can I see u | Yes |
| 2018-11-02 09:40:37 UTC | Received | | Umm there is something you should know | Yes |
| 2018-11-02 09:40:44 UTC | Sent | | Yes | Yes |
| 2018-11-02 09:41:18 UTC | Received | | I don't know how to explain it | Yes |
| 2018-11-02 09:41:26 UTC | Sent | | Just say it | Yes |
| 2018-11-02 09:41:50 UTC | Received | | It's about age | Yes |
| 2018-11-02 09:42:00 UTC | Sent | | Ok | Yes |
| 2018-11-02 09:42:11 UTC | Sent | | Tell me | Yes |
| 2018-11-02 09:42:37 UTC | Received | | I'm not 23 I thought you ment game age | Yes |

| Time | Direction | Contact | Message | Deleted |
|---|---|---|---|---|
| 2018-11-02 09:43:12 UTC | Received | | For like to | Yes |
| 2018-11-02 09:43:17 UTC | Received | | Rp | Yes |
| 2018-11-02 09:44:06 UTC | Sent | | Tell me itÃ¢â‚¬â„¢s ok | Yes |
| 2018-11-02 09:45:19 UTC | Received | | I'm 11 plz dont be mad | Yes |
| 2018-11-02 09:46:21 UTC | Sent | | IÃ¢â‚¬â„¢m not mad I like u but I donÃ¢â‚¬â„¢t want to get caught | Yes |
| 2018-11-02 09:47:19 UTC | Received | | You won't | Yes |
| 2018-11-02 09:47:30 UTC | Sent | | So u ok with this | Yes |
| 2018-11-02 09:47:38 UTC | Received | | Yea | Yes |
| 2018-11-02 09:47:59 UTC | Sent | | So no one can know weÃ¢â‚¬â„¢re dating | Yes |
| 2018-11-02 09:48:07 UTC | Received | | Yea | Yes |
| 2018-11-02 09:48:19 UTC | Sent | | Do u want to date me | Yes |
| 2018-11-02 09:49:00 UTC | Received | | Yes yes yes yes yes yesÃ°Å¸ËœÂÃ°Å¸ËœÂÃ°Å¸ËœÂÃ°Å¸ËœÂÃ°Å¸ËœÂÃ°Å¸ËœÂÃ°Å¸ËœÂÃ°Å¸Ëœ | Yes |
| 2018-11-02 09:49:30 UTC | Sent | | Let me see a pic of u | Yes |
| 2018-11-02 09:51:12 UTC | Received | | https://media.textnow.com/?h=d42ddc43-de84-11e8-bfa6-0cc47a9af172 | No |
| 2018-11-02 09:52:04 UTC | Sent | | Wow ur beautiful | No |
| 2018-11-02 09:52:11 UTC | Received | | Thx | No |
| 2018-11-02 09:52:22 UTC | Sent | | U talk sexually | No |
| 2018-11-02 09:52:46 UTC | Received | | Sometimes | No |
| 2018-11-02 09:54:44 UTC | Received | | Hello | No |
| 2018-11-02 09:54:55 UTC | Received | | You still there | No |
| 2018-11-02 09:54:58 UTC | Sent | | Will u to me | No |
| 2018-11-02 09:56:38 UTC | Received | | Umm | No |
| 2018-11-02 09:56:57 UTC | Sent | | IÃ¢â‚¬â„¢ll teach u | No |
| 2018-11-02 09:57:13 UTC | Received | | Thx | No |
| 2018-11-02 09:57:42 UTC | Sent | | Do u know how | No |
| 2018-11-02 09:57:52 UTC | Received | | Not really | No |
| 2018-11-02 09:59:28 UTC | Sent | | Do u want to learn | No |
| 2018-11-02 10:00:04 UTC | Received | | I need to start getting ready for tomorrow help me pick my outfit and yes | No |
| 2018-11-02 10:00:24 UTC | Sent | | Ok show me | No |
| 2018-11-02 10:00:57 UTC | Sent | | Let me see u without those outfits on | No |
| 2018-11-02 10:01:21 UTC | Received | | https://media.textnow.com/?h=3f9d95e6-de86-11e8-bfa6-0cc47a9af172 | No |
| 2018-11-02 10:03:09 UTC | Received | | https://media.textnow.com/?h=7fe63d0d-de86-11e8-bfa6-0cc47a9af172 | No |
| 2018-11-02 10:03:09 UTC | Received | | Me in my night gown | No |
| 2018-11-02 10:04:02 UTC | Received | | Still there | No |
| 2018-11-02 10:04:02 UTC | Sent | | Sexy what else u got show a little more skin | No |
| 2018-11-02 10:04:11 UTC | Received | | This | No |

| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-02 10:04:52 UTC | Sent | | Im here | No |
| 2018-11-02 10:06:13 UTC | Received | | https://media.textnow.com/?h=ed9e3c41-de86-11e8-a596-0cc47ac2828a | No |
| 2018-11-02 10:06:36 UTC | Sent | | Take a pic after u take the night gown off and before u put the new one on | No |
| 2018-11-02 10:06:51 UTC | Sent | | Wow | No |
| 2018-11-02 10:09:53 UTC | Received | | https://media.textnow.com/?h=70cd302c-de87-11e8-bfa6-0cc47a9af172 | No |
| 2018-11-02 10:10:35 UTC | Sent | | Mmm when will u be home and free | No |
| 2018-11-02 10:11:05 UTC | Received | | I am free and home alone | No |
| 2018-11-02 10:11:10 UTC | Sent | | Take a pic in ur underwear | No |
| 2018-11-02 10:12:42 UTC | Received | | https://media.textnow.com/?h=d5016438-de87-11e8-9f3d-0cc47ac2d226 | No |
| 2018-11-02 10:13:24 UTC | Sent | | Mmm let me see ur intire body babe | No |
| 2018-11-02 10:14:44 UTC | Received | | https://media.textnow.com/?h=1db7ccff-de88-11e8-9cc7-0cc47a9af140 | No |
| 2018-11-02 10:15:20 UTC | Sent | | Mmm sexy | No |
| 2018-11-02 10:15:44 UTC | Sent | | I want to kiss u down ur body | No |
| 2018-11-02 10:15:57 UTC | Received | | Hey I have been wondering something | No |
| 2018-11-02 10:16:05 UTC | Sent | | Yes babe | No |
| 2018-11-02 10:17:17 UTC | Received | | My sister said the word masterbait Wut does she mean by that and Wut does it mean | No |
| 2018-11-02 10:18:42 UTC | Received | | Ya still here | No |
| 2018-11-02 10:18:54 UTC | Sent | | U playing with ur self take a pick of u with one hand in ur panties then touch ur self rub ur Vir | No |
| 2018-11-02 10:19:07 UTC | Sent | | Vagina | No |
| 2018-11-02 10:20:13 UTC | Received | | But I'm a vergin | No |
| 2018-11-02 10:20:40 UTC | Sent | | U still will be even if u play with ur self | No |
| 2018-11-02 10:22:39 UTC | Received | | But I don't know how | No |
| 2018-11-02 10:24:20 UTC | Sent | | Just touch ur self and rub all the way down till u get to the hole in ur Vergina and put one fing | No |
| 2018-11-02 10:24:56 UTC | Received | | It hurt | No |
| 2018-11-02 10:25:00 UTC | Received | | S | No |
| 2018-11-02 10:25:13 UTC | Sent | | Slowly | No |
| 2018-11-02 10:25:22 UTC | Sent | | Show me | No |
| 2018-11-02 10:25:22 UTC | Received | | I am | No |
| 2018-11-02 10:25:32 UTC | Sent | | Show me | No |
| 2018-11-02 10:26:25 UTC | Received | | Oh oh I know now | No |
| 2018-11-02 10:26:41 UTC | Sent | | U got it | No |
| 2018-11-02 10:28:38 UTC | Sent | | Show me | No |
| 2018-11-02 10:31:44 UTC | Received | | https://media.textnow.com/?h=7e5db569-de8a-11e8-9cc7-0cc47a9af140 | No |
| 2018-11-02 10:32:08 UTC | Sent | | What is that | No |
| 2018-11-02 10:32:17 UTC | Received | | A video | No |
| 2018-11-02 10:32:27 UTC | Received | | For you bae | No |

| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-02 10:34:04 UTC | Received | | https://media.textnow.com/?h=d1c5eebd-de8a-11e8-a596-0cc47ac2828a | No |
| 2018-11-02 10:34:14 UTC | Received | | https://media.textnow.com/?h=d7a95e8f-de8a-11e8-bfa6-0cc47a9af172 | No |
| 2018-11-02 10:34:24 UTC | Sent | | CanÃ¢â‚¬â„¢t see it | No |
| 2018-11-02 10:34:46 UTC | Received | | I tryed my best | No |
| 2018-11-02 10:35:42 UTC | Sent | | Re send the video | No |
| 2018-11-02 10:36:55 UTC | Sent | | CanÃ¢â‚¬â„¢t watch the video | No |
| 2018-11-02 10:38:34 UTC | Received | | No more I'm pretty insecure about my body | No |
| 2018-11-02 10:39:31 UTC | Sent | | IÃ¢â‚¬â„¢m trying to get it to work IÃ¢â‚¬â„¢ll show u me when I get a bath after my son is as | No |
| 2018-11-02 10:40:08 UTC | Received | | No I'm not | No |
| 2018-11-02 10:40:23 UTC | Sent | | Yes u are very | No |
| 2018-11-02 10:41:09 UTC | Received | | I'm baselyas stick | No |
| 2018-11-02 10:41:21 UTC | Sent | | What | No |
| 2018-11-02 10:41:44 UTC | Received | | I'm basely a stick | No |
| 2018-11-02 10:42:04 UTC | Sent | | Ur beautiful to me | No |
| 2018-11-02 10:43:07 UTC | Received | | Thx | No |
| 2018-11-02 10:43:32 UTC | Sent | | This is only for my eyes ur mine | No |
| 2018-11-02 10:44:34 UTC | Received | | K | No |
| 2018-11-02 10:46:38 UTC | Sent | | I want only u | No |
| 2018-11-02 10:47:01 UTC | Received | | Can u take a bath now | No |
| 2018-11-02 10:47:58 UTC | Received | | And keep send in me texts fast to keep me awake | No |
| 2018-11-02 10:48:11 UTC | Received | | Cause I'm falling a sleep | No |
| 2018-11-02 10:48:15 UTC | Sent | | I can when my mom gets up my son is sick so I have to take care of him will have to send new | No |
| 2018-11-02 10:48:25 UTC | Sent | | I cant | Yes |
| 2018-11-02 10:48:48 UTC | Sent | | If u need sleep then sleep | No |
| 2018-11-02 10:49:05 UTC | Received | | No I'm good | No |
| 2018-11-02 10:49:28 UTC | Sent | | U know IÃ¢â‚¬â„¢m sick right | No |
| 2018-11-02 10:49:45 UTC | Received | | Huh | No |
| 2018-11-02 10:49:49 UTC | Received | | No | No |
| 2018-11-02 10:49:58 UTC | Received | | I didn't | No |
| 2018-11-02 10:50:15 UTC | Sent | | I told u in the game when I told u about me | No |
| 2018-11-02 10:50:33 UTC | Received | | Oh right | No |
| 2018-11-02 10:51:08 UTC | Sent | | https://media.textnow.com/?h=bbf222f3-ce1e-5b5d-8d0f-82ad2f99ba8b | No |
| 2018-11-02 10:51:44 UTC | Received | | Wut happened | No |
| 2018-11-02 10:52:13 UTC | Sent | | Brain surgery feb 14 2011 | No |
| 2018-11-02 10:53:16 UTC | Received | | Oh | No |
| 2018-11-02 10:53:19 UTC | Received | | Ã°Å¸Ëœâ€ | No |

| Time | Direction | Contact | Message | Deleted |
|---|---|---|---|---|
| 2018-11-02 10:54:02 UTC | Sent | | I have chiari malformation and now lupus to | No |
| 2018-11-02 10:55:17 UTC | Received | | We can face time right and that is so so so so so so so so so so so so sad | No |
| 2018-11-02 10:55:23 UTC | Received | | Ã°Å¸Ëœâ¾ | No |
| 2018-11-02 10:55:32 UTC | Received | | Ã°Å¸Ëœâ€ | No |
| 2018-11-02 10:55:37 UTC | Received | | Ã°Å¸Ëœâ¢ | No |
| 2018-11-02 10:55:56 UTC | Sent | | It would be later we could | No |
| 2018-11-02 10:56:09 UTC | Sent | | If my son is ok | No |
| 2018-11-02 10:57:00 UTC | Received | | Here how no volume and we do did | No |
| 2018-11-02 10:57:32 UTC | Sent | | No volume | No |
| 2018-11-02 10:57:42 UTC | Received | | Yeah | No |
| 2018-11-02 10:57:47 UTC | Sent | | No sound | No |
| 2018-11-02 10:57:52 UTC | Received | | Yeah | No |
| 2018-11-02 10:58:01 UTC | Sent | | IÃ¢â‚¬â„¢ll have to slip to the bathroom | No |
| 2018-11-02 10:58:07 UTC | Received | | Ok | No |
| 2018-11-02 10:58:22 UTC | Sent | | How can we face time | No |
| 2018-11-02 10:59:32 UTC | Received | | Face time me | No |
| 2018-11-02 11:00:16 UTC | Sent | | How about we do that when we take a bath at the same time IÃ¢â‚¬â„¢ll have to add u to me | No |
| 2018-11-02 11:00:43 UTC | Received | | Ok | No |
| 2018-11-02 11:01:00 UTC | Sent | | So we can face time what time u take a bath | No |
| 2018-11-02 11:02:55 UTC | Received | | In the morning | No |
| 2018-11-02 11:03:15 UTC | Sent | | Take one tonight | No |
| 2018-11-02 11:03:24 UTC | Received | | Ok | No |
| 2018-11-02 11:03:42 UTC | Sent | | When I go to get in IÃ¢â‚¬â„¢ll text u | No |
| 2018-11-02 11:03:58 UTC | Received | | Ok | No |
| 2018-11-02 11:04:41 UTC | Sent | | Would you ever want me to wair a condom if we have sex | No |
| 2018-11-02 11:05:03 UTC | Received | | Yes | No |
| 2018-11-02 11:05:12 UTC | Sent | | Why | No |
| 2018-11-02 11:05:57 UTC | Received | | I DONT wanna kid tilll im 26 | No |
| 2018-11-02 11:06:36 UTC | Sent | | Ok what if we get caught what u going to say | No |
| 2018-11-02 11:07:48 UTC | Received | | It wus all my fault don't blame him blame me I take responsibility for my actions | No |
| 2018-11-02 11:08:17 UTC | Sent | | No donÃ¢â‚¬â„¢t get in trouble blame me | No |
| 2018-11-02 11:09:13 UTC | Received | | Ok | No |
| 2018-11-02 11:09:17 UTC | Received | | Lol | No |
| 2018-11-02 11:09:23 UTC | Sent | | What will u say | No |
| 2018-11-02 11:09:47 UTC | Received | | Nvm | No |
| 2018-11-02 11:10:05 UTC | Sent | | Tell me | No |

DISC - 101

| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-02 11:10:47 UTC | Received | | https://media.textnow.com/?h=f263649b-de8f-11e8-9cc7-0cc47a9af140 | No |
| 2018-11-02 11:11:07 UTC | Sent | | Is that u | No |
| 2018-11-02 11:11:26 UTC | Received | | Hhhffdd Ok fine ud | No |
| 2018-11-02 11:11:33 UTC | Sent | | Do you know what to say if we get caught | No |
| 2018-11-02 11:12:00 UTC | Received | | I don't know how about wewdwq jneogfya | No |
| 2018-11-02 11:12:04 UTC | Received | | Eth | No |
| 2018-11-02 11:12:11 UTC | Sent | | What | No |
| 2018-11-02 11:12:25 UTC | Received | | Huhh Wut | No |
| 2018-11-02 11:12:52 UTC | Sent | | Say I forced u to send the pics and video | No |
| 2018-11-02 11:13:14 UTC | Received | | Sorry I fell sleep for a minute | No |
| 2018-11-02 11:13:35 UTC | Sent | | Are u going to say that | No |
| 2018-11-02 11:14:04 UTC | Received | | I awaken know | No |
| 2018-11-02 11:14:18 UTC | Sent | | Go to bed | No |
| 2018-11-02 11:14:29 UTC | Received | | Nooooo | No |
| 2018-11-02 11:14:50 UTC | Sent | | What u going to say if u get caught | No |
| 2018-11-02 11:15:07 UTC | Received | | Wut you said | No |
| 2018-11-02 11:15:19 UTC | Sent | | U sure | No |
| 2018-11-02 11:15:40 UTC | Received | | Leve me alone I materbate | No |
| 2018-11-02 11:16:02 UTC | Sent | | Sexy u doing it now | No |
| 2018-11-02 11:16:19 UTC | Received | | Shit I told ya | No |
| 2018-11-02 11:16:39 UTC | Sent | | I want to see | No |
| 2018-11-02 11:17:57 UTC | Received | | https://media.textnow.com/?h=f28b5990-de90-11e8-bfa6-0cc47a9af172 | No |
| 2018-11-02 11:18:22 UTC | Received | | Look I fond a glow stick | No |
| 2018-11-02 11:18:23 UTC | Sent | | Let me see u masterbate | No |
| 2018-11-02 11:19:07 UTC | Received | | https://media.textnow.com/?h=1ca4cbc1-de91-11e8-9f3d-0cc47ac2d226 | No |
| 2018-11-02 11:19:43 UTC | Sent | | Let me see u play with ur self | No |
| 2018-11-02 11:22:51 UTC | Received | | No | No |
| 2018-11-02 11:23:02 UTC | Sent | | Why | No |
| 2018-11-02 11:23:34 UTC | Received | | I said so | No |
| 2018-11-02 11:24:02 UTC | Sent | | Well see each other naked later | No |
| 2018-11-02 11:26:06 UTC | Received | | Satay | Yes |
| 2018-11-02 11:26:09 UTC | Received | | Stay | Yes |
| 2018-11-02 11:26:17 UTC | Sent | | Ok | Yes |
| 2018-11-02 11:26:39 UTC | Received | | I want you in me so bad baby | Yes |
| 2018-11-02 11:27:14 UTC | Sent | | I want to be in u so badly | Yes |
| 2018-11-02 11:29:27 UTC | Received | | M | Yes |

DISC - 102

| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-02 11:30:10 UTC | Sent | | Kiss u down ur body | Yes |
| 2018-11-02 11:30:47 UTC | Received | | Let go on avakin | Yes |
| 2018-11-02 11:31:31 UTC | Sent | | IÃ¢‚¬â„¢m fixin to have to go heÃ¢‚¬â„¢s waking up | Yes |
| 2018-11-02 11:54:00 UTC | Sent | | IÃ¢‚¬â„¢m going to lay down | Yes |
| 2018-11-02 11:54:19 UTC | Received | | Ok bae fell better | Yes |
| 2018-11-02 11:54:29 UTC | Sent | | Good night | Yes |
| 2018-11-02 11:54:52 UTC | Sent | | U know thereÃ¢‚¬â„¢s no cure for what I have | Yes |
| 2018-11-02 11:55:31 UTC | Received | | I will always give you love | Yes |
| 2018-11-02 11:55:46 UTC | Sent | | Love u to night | Yes |
| 2018-11-02 11:55:54 UTC | Received | | Night | Yes |
| 2018-11-02 12:15:49 UTC | Received | | Bae bae | Yes |
| 2018-11-02 12:16:00 UTC | Received | | I need your help. | Yes |
| 2018-11-02 12:16:10 UTC | Received | | SOS | Yes |
| 2018-11-02 12:16:17 UTC | Received | | Ã°Å‚â€ Å’Ã°Å‚â€ Å’ | Yes |
| 2018-11-02 12:17:36 UTC | Received | | Missed call from Laura | Yes |
| 2018-11-02 12:17:48 UTC | Received | | Baby!!!!!!!!!!!!!! | Yes |
| 2018-11-02 13:13:06 UTC | Received | | Baby | Yes |
| 2018-11-02 15:28:51 UTC | Sent | | Yes | Yes |
| 2018-11-02 15:34:37 UTC | Sent | | Hello | Yes |
| 2018-11-02 17:04:28 UTC | Sent | | Hello | Yes |
| 2018-11-02 18:29:26 UTC | Sent | | Hey | Yes |
| 2018-11-02 21:34:40 UTC | Received | | Baby I'm back from school | Yes |
| 2018-11-02 21:47:43 UTC | Received | | Bay | Yes |
| 2018-11-02 21:50:14 UTC | Sent | | What did u need to tell me | Yes |
| 2018-11-02 21:50:25 UTC | Received | | I missed you | Yes |
| 2018-11-02 21:50:49 UTC | Sent | | Missed u to been a busy day | Yes |
| 2018-11-02 21:51:06 UTC | Received | | Yea school | Yes |
| 2018-11-02 21:51:11 UTC | Sent | | What did u need to tell me | Yes |
| 2018-11-02 21:51:42 UTC | Received | | Nvm | Yes |
| 2018-11-02 21:51:50 UTC | Sent | | Tell me | Yes |
| 2018-11-02 21:51:58 UTC | Received | | I good | Yes |
| 2018-11-02 21:52:08 UTC | Sent | | Tell me | Yes |
| 2018-11-02 21:52:39 UTC | Sent | | U alone | Yes |
| 2018-11-02 21:52:43 UTC | Received | | Yes | Yes |
| 2018-11-02 21:52:51 UTC | Sent | | Can I see u | Yes |
| 2018-11-02 21:53:27 UTC | Received | | https://media.textnow.com/?h=ba3673f1-dee9-11e8-9f3d-0cc47ac2d226 | Yes |

DISC - 103

*Handwritten annotations:* End, Start, Who Down South, LA, Who's Laura, Start, End, Start, Grown Person, Too Late for grown 14 year old girl, 4 school, letters on spelling, Met on Game, who is in picture

| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-02 21:54:03 UTC | Sent | | Is ur dad in ur life | Yes |
| 2018-11-02 21:55:02 UTC | Received | | I'm on avakin | Yes |
| 2018-11-02 21:55:45 UTC | Sent | | IÃ¢‚¬â„¢m not our sons up and playing | Yes |
| 2018-11-02 21:56:05 UTC | Received | | Oh send me a pick | Yes |
| 2018-11-02 21:56:07 UTC | Received | | Pic | Yes |
| 2018-11-02 21:56:38 UTC | Sent | | https://media.textnow.com/?h=f50b96c7-58fd-5db0-b0fb-1ac1c65b2800 | Yes |
| 2018-11-02 21:58:21 UTC | Sent | | If I let u cheat would u | Yes |
| 2018-11-02 21:58:56 UTC | Received | | Whould i wut | Yes |
| 2018-11-02 21:59:20 UTC | Sent | | If I said u can have sex with other men would you | Yes |
| 2018-11-02 21:59:48 UTC | Received | | No | Yes |
| 2018-11-02 21:59:55 UTC | Sent | | Just me | Yes |
| 2018-11-02 22:00:47 UTC | Sent | | Can u do a full body pic | Yes |
| 2018-11-02 22:00:56 UTC | Received | | No | Yes |
| 2018-11-02 22:01:04 UTC | Sent | | No what | Yes |
| 2018-11-02 22:01:15 UTC | Received | | No | Yes |
| 2018-11-02 22:01:25 UTC | Sent | | No what | Yes |
| 2018-11-02 22:01:35 UTC | Received | | No you cant | Yes |
| 2018-11-02 22:01:54 UTC | Sent | | So we canÃ¢‚¬â„¢t have sex | Yes |
| 2018-11-02 22:02:04 UTC | Received | | Me can | Yes |
| 2018-11-02 22:02:20 UTC | Sent | | U can have sex with me | Yes |
| 2018-11-02 22:02:27 UTC | Received | | Yes | Yes |
| 2018-11-02 22:02:45 UTC | Sent | | Mmm did u tell anyone about us | Yes |
| 2018-11-02 22:05:03 UTC | Sent | | So u can have sex with other men | Yes |
| 2018-11-02 22:05:19 UTC | Received | | Eww no olny you | Yes |
| 2018-11-02 22:05:32 UTC | Sent | | Good ur all I want | Yes |
| 2018-11-02 22:07:32 UTC | Sent | | Ok gtg for now till I get the baby to bed IÃ¢‚¬â„¢ll text u when IÃ¢‚¬â„¢m free | Yes |
| 2018-11-02 22:07:42 UTC | Received | | K | Yes |
| 2018-11-02 22:07:53 UTC | Sent | | Love you | Yes |
| 2018-11-03 00:20:31 UTC | Received | | Baby | Yes |
| 2018-11-03 00:23:29 UTC | Received | | Join me on avakin | Yes |
| 2018-11-03 00:33:56 UTC | Sent | | I will when the baby is a sleep IÃ¢‚¬â„¢ll let u know love u | Yes |
| 2018-11-03 00:34:48 UTC | Received | | Ã°Â‚Ëœâ€Â‚Â„ËœÂ‚â€â€¦Â‚Â„ËœÂ‚â€â€¦Â‚Â„ËœÂ‚â€â€¦Â‚Â„ËœÂ‚â€â€¦Â‚Â„ËœÂ‚â€â€¦Â‚Â„ËœÂ‚â€â€¦Â‚Â„ËœÂ‚â€â€¦Â‚Â„ | Yes |
| 2018-11-03 00:35:47 UTC | Received | | No | Yes |
| 2018-11-03 00:36:31 UTC | Received | | Waaaaaaaaa | Yes |
| 2018-11-03 00:38:05 UTC | Sent | | Can I call | Yes |
| 2018-11-03 00:38:18 UTC | Received | | No | Yes |

| Time | Direction | Contact | Message | Deleted |
|------|-----------|---------|---------|---------|
| 2018-11-03 00:38:26 UTC | Sent | | Why | Yes |
| 2018-11-03 00:39:39 UTC | Sent | | When I get home IÃ¢‚¬â„¢m gonna take a bath | Yes |
| 2018-11-03 00:40:09 UTC | Received | | Text me Awhen you do | Yes |
| 2018-11-03 00:54:50 UTC | Sent | | I will I just slipped down my front porch steps | Yes |
| 2018-11-03 01:19:10 UTC | Received | | No u don't understand I can't anymore it hurts too much | Yes |
| 2018-11-03 01:19:37 UTC | Received | | Shit so sorry so not meant for u idk how that got sent to u | Yes |
| 2018-11-03 01:31:35 UTC | Sent | | Who was it for | Yes |
| 2018-11-03 01:37:40 UTC | Sent | | Hey IÃ¢‚¬â„¢m getting ready to get in the bath | Yes |
| 2018-11-03 01:59:20 UTC | Sent | | U there | Yes |
| 2018-11-03 01:59:48 UTC | Sent | | U there | Yes |
| 2018-11-03 02:00:25 UTC | Received | | Yes it wasn't meant for u | Yes |
| 2018-11-03 02:01:32 UTC | Sent | | U ok | Yes |
| 2018-11-03 02:01:47 UTC | Sent | | Hey | Yes |
| 2018-11-03 02:02:15 UTC | Received | | Fine | Yes |
| 2018-11-03 02:02:31 UTC | Sent | | Ok how u been | Yes |
| 2018-11-03 02:05:28 UTC | Received | | Just great | Yes |
| 2018-11-03 02:05:55 UTC | Sent | | U moving on with ur life now | Yes |
| 2018-11-03 02:12:47 UTC | Received | | Trying | Yes |
| 2018-11-03 02:13:25 UTC | Sent | | Good for you thatÃ¢‚¬â„¢s what I wanted for you | Yes |
| 2018-11-03 02:14:00 UTC | Received | | It wasn't for u to decide | Yes |
| 2018-11-03 02:14:31 UTC | Sent | | He caused this not me | Yes |
| 2018-11-03 02:15:45 UTC | Received | | U shldnt have done what u did u have no idea what happened | Yes |
| 2018-11-03 02:17:26 UTC | Sent | | I protected u and ur kids u promised me he wouldnÃ¢‚¬â„¢t hurt u I promised if he did again | Yes |
| 2018-11-03 02:17:56 UTC | Sent | | Hey | Yes |
| 2018-11-03 02:18:15 UTC | Sent | | IÃ¢‚¬â„¢m fixin to get out | Yes |
| 2018-11-03 02:18:33 UTC | Received | | Just forget it don't wanna talk | Yes |
| 2018-11-03 02:19:07 UTC | Sent | | Just be happy even if itÃ¢‚¬â„¢s not with me | Yes |
| 2018-11-03 02:19:23 UTC | Received | | Yup hope ur happy | Yes |
| 2018-11-03 02:19:25 UTC | Sent | | But I still think about you | Yes |
| 2018-11-03 02:19:52 UTC | Sent | | As long as you and those kids are safe I am | Yes |
| 2018-11-03 02:20:11 UTC | Sent | | You know u matter | Yes |
| 2018-11-03 02:20:21 UTC | Received | | Nope | Yes |
| 2018-11-03 02:20:33 UTC | Sent | | Nope to what | Yes |
| 2018-11-03 02:21:24 UTC | Received | | Nothing forget it go back to ur happy life | Yes |
| 2018-11-03 02:21:49 UTC | Sent | | IÃ¢‚¬â„¢m not happy u know that | Yes |
| 2018-11-03 02:22:13 UTC | Received | | Ok | Yes |

*(handwritten annotations: "Lot 25", "whereas she Next Door", "Lot 29", "Tiffnie said all the time", "Did what?")*

Monday  1-13-2020

To whom this may concern

I reported this to Christopher
Stamper's attorney. I set Christopher
Stamper up by sending pictures of him
to the 11-yearold girl in washington. One
of the photos had christopher's face
in it. I told the girl to send me
pictures of her. I used christopher's
phone to do this. I lied to Mr.
Humphrey about using christopher's phone,
laptop and knowing to code to his phone.
I lied about saying that he was cheating
on me. I thought he was cheating on
me with a girl named lisa.(jolly.el 123).
I went under christopher's name talking
to her as christopher.

Tyhinia Hale
Phone Number 318-366-6834

To Whom it Concerns                    1-18-2020

My son Christopher Stamper
was arrest for sending a
Picture of himself to a 11 year
old girl. Mr. Humphrey (PI)
Called me and Tiffinie Hale
(Christopher's fiance) in for
questioning. When they asked
her has she ever used
Christopher's phone she said
no. They asked her did she
Know his Code to open his phone
she said no. They asked her
had she every used any of his
electronics she said no.
They asked her if she and
Christopher ever watched adult
pron she told them no. Which
I did not Know if they did or
not. But later Tiffinie told me
they did. I asked her when
we got back home why did
she lie about not using his
electronics she said I dont
Know. I asked her why didn't
you give them the Code to get

unto his phone? She said if
they want it they can get it
their self. I asked Tiffinie
where this picture of Christopher
came from. She said I asked
him to send one to me. I asked
her why when yall live together
and with each other 24 hours
a day. She said I don't know.
They also asked her if she
thought Christopher was cheating
on her and she said no but
she accused him of cheating
everyday all day long. When
I asked her why she lied
about that she said again I
don't know. A few days later
she came up to me and said
I should had told the truth.
I asked her what was she talking
about she said I did it. I
asked her up did what she
said I sent the picture of
Christopher to the 11 year old girl.
I asked her why? She said because
her dad threatened their lives.

She has told several people that she did it. There was this lady named Lisa that Christopher was playing games with online and Jiffinie had to add her on her friends list because she was on Christopher's friends list. Christopher could not have any friends unless Jiffinie had them on her friends list. I heard that Jiffinie got Christopher's phone and was talking to this Lisa women as Christopher. I seen in the text where who ever sent it to the 11 year old girl that they slipped down the steps. The only one that slipped down the steps was Jiffinie. I even messaged her asking her wasn't that her that slipped down the steps year before last and she said yes. I even asked her did anyone else slipped down them and she said no. Which I knew she was the only one.

It is not right that my son is locked up for something that someone else done. Siffinie's family has had done nothing but cause trouble and her father did threaten Christopher. I heard it myself on a speaker phone. They would even call the sheriff's office and tell them we were holding Siffinie against her Will. They came out many of times to check and one officer even called them from here to stop calling them that she is fine and not being held against her will because she was outside when I pulled up. But I know she had to still be in contact with them. Because the girl that did live beside us said Siffinie's sister was on her messenger and would ask her questions about what was going on over here. Siffinie's sister could not had known

that girl's name without
Tiffinie telling her. Plus
the day before Christopher was
arrested again Tiffinie's sister
sent Christopher another friends
request on facebook. He showed
it to me and he deleted it.
The next day Christopher was
arrest again. Then the next
day the Sheriff department
came out saying Tiffinie's
sister called them concerned
for Tiffinie. We hadn't heard
from her family close to a
year. Then when I tell Tiffinie
that it almost a year and
the Courts was still putting his
Court off everytime we went
then it will probably get
throwed out. Then the following
month we start hearing from
her family and Christopher
ends up back in jail. She was
here the other day and wrote a
statement saying she did it.

Its not right that my son has been locked up for over a year now when he didn't do this. He has "Never" been in any kind of trouble at "ALL" !!

Thank you
Sandra Martinez
(318) 348-8117

If you have any questions feel free to call me.

On Monday, Aug. 26, 2019 at approximately
11 pm Tiffinie Hale admitted to sending "a couple".
Pictures of Christopher Stamper Sr. to a "young girl
online" that Tiffinie Hale Recieved from Christopher
Stamper Sr. Tiffinie Hale then said "I did not realize
he would get in this much trouble".

Brad Clark
Bob Clark

To Whom Concerned

Tiffinie Hale told me she done the phone porn calls. She told me that she told the law she did it. She said they did not beleve her. But she said she did dont.

Linda Clark
611 Rowan St Lot 1
West Monroe, La 71292
phone- 318- 5120586

Tiffinie Hale was talking to me one day and stated that she was concerned because her Fiance' Christopher Stamper, Sr. had not called her in a couple of days. She stated that she thought he might be upset with her because he had found out that she had sent inappropriate pictures to someone. She told me that it was a picture that Christopher Stamper, Sr, had sent it to her and that she didn't see why it would be a problem because they had sent those types of pictures to each other before.

Cara Lewis

# WALTER M. CALDWELL IV

ATTORNEY AT LAW
4007 WHITE'S FERRY ROAD, SUITE B
WEST MONROE, LOUISIANA 71291
TELEPHONE (318) 396-0540
FAX (318) 396-0292
E-Mail: waltermcaldwelliv@gmail.com

January 7, 2020

**_Hand Delivered_**
CONFIDENTIAL – ATTORNEY CLIENT PRIVELEGE
OPEN ONLY IN THE PRESENCE OF THE INMATE
Christopher Joe Stamper
c/o Richland Parish Detention Center - Men's Unit
456 Highway 15
Rayville, LA 71269-7574

Re:   United States District Court Vs. Christopher Joe Stamper, Case No. 3:19-Cr-00033-01, Western District Of Louisiana Monroe Division; United States Of America Versus Judge Doughty Mag. Judge Karen L. Hayes

Dear Mr. Stamper,
     You called yesterday and advised me that Ms. Allen would not be representing you in your case, and that you desired to withdraw your plea.  I advised you I would have to research that issue, as withdrawal of a plea is not always granted.
     You also wanted to discuss the evidence they had against you. We discussed this at length, with the investigator prior to your decision to enter a plea.  We discussed and I read to you statements made on the text now account.  We also discussed the response from the forensic examiner of the phones and the investigator to try to obtain exculpatory evidence in your favor. Likewise we discussed the mental evaluations and the results.  After those discussions you decided to plead guilty.
     I have reprinted for your review, the redacted portions of the Black Diamond, Washington Police reports, as well as both Ouachita Parish Sheriff's office reports.  I have also enclosed a redacted version of the Text Now discussions.  I have high lighted several passages which in my opinion, if provided to a jury in the context that he officer's will describe in testimony, will likely lead to a conviction.
     As your investigator and I advised you when you met, Tiffany's statements are not all that credible.  She sounds as though she is half-heartedly trying to save you.  A copy was forwarded to the AUSA on your case, and she has stated that she does not believe the statements.  That said, Tiffany's conduct and contact, even if true, appears, based on her statements,

*I.f Assist. U.S. Attorney doesn't believe Tiffs statema about setting up chris—why believe Tiffs statement that ole didn't use his devices to watch porn*

*Proof Tif lied about using Chriss's device*

*(Lisa) Tif admitted she pretended to be Chris with*
*and seduced Lisa-sent pics of Chris-received*
*pics from Lisa*

likely confined to another adult and not the child at issue in these matters. Further any exculpatory information regarding your actions in November, will be ameliorated by your arrest for child pornography earlier in the year. The forensic examiner did not find any signs of tampering on the phones.

Considering this, you elected to plead guilty because of your chances at trial exposing you to so many more years.   The benefits of your plea was a cap of your sentence of 20 years.  Considering the highly punitive nature of cases of your type, this was not a bad deal.

I need to know as soon as possible whether you wish to forfeit your deal or whether you wish to try to resume the path we have started.  Please advise me immediately.


Sincerely,

Walt Caldwell