UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00033** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER JOE STAMPER** | **MAG. JUDGE KAYLA MCCLUSKY** |

## MEMORANDUM ORDER

Pending before the Court is a Letter/Motion filed by Defendant Christopher Joe Stamper ("Defendant") [Doc. No. 169] labeled "Motion to Amend Judgment Fed. R. C.V.P. 59(e)," which the Court construes as a motion for reconsideration of the Court's December 9, 2021 Memorandum Order [Doc. No. 162] reaffirming and reinstating its August 27, 2021 Memorandum Order [Doc. No. 142] denying Defendant's Motion to Vacate [Doc. No. 134]. Defendant asserts that the Court failed to consider his memorandum in reply to the Government's response to his Motion Vacate.

On August 6, 2021, Defendant filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Doc. No. 134]. On August 19, 2021, the Government filed its response [Doc. No. 141]. On August 27, 2021, the Court entered a Memorandum Order denying Defendant's Motion to Vacate [Doc. No. 142].

On November 1, 2021, Defendant filed a Motion to Reconsider [Doc. No. 157] arguing that he had the right to file a reply to the Government's response. On November 3, 2021, the Court granted Defendant's Motion to Reconsider and vacated the Court's Memorandum Order [Doc. No. 142] denying Defendant's Motion to Vacate [Doc. No. 159]. The Court further set a

deadline of November 12, 2021, for Defendant to file his reply to the Government's Response [Doc. No. 141].

On November 19, 2021, the Court received two documents from Defendant. The first was a courtesy copy of Defendant's Application for a Certificate of Appealability addressed to the United States Court of Appeals for the Fifth Circuit [Doc. No. 160]. The second was a document labelled "Requesting a Copy of 2255" [Doc. No. 161]. There was nothing to indicate that Defendant intended the latter document to be his reply to the Government's Response.

On December 9, 2021, the Court noted that Defendant had not filed his reply and the Court reaffirmed and reinstated its Memorandum Order [Doc. No. 142] denying Defendant's Motion to Vacate [Doc. No. 162].

Defendant now asserts that the document labelled "Requesting a Copy of 2255" [Doc. No. 161] also included his reply despite not being labelled as such. *Pro se* filings are liberally construed, but those relaxed standards do not require the Court to guess or to develop the arguments on the litigant's behalf. *See United States v. Pineda*, 988 F.2d 22, 23 (5th Cir. 1993).

The Court has nevertheless carefully considered the arguments asserted by Defendant in Document No. 161 and finds no basis to reconsider or rescind its previous Ruling and Order. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Amend Judgment Fed. R. C.V.P. 59(e) [Doc. No. 169] is **DENIED**.

**Monroe, Louisiana,** this 12th day of January 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE