# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

February 03, 2022

Mr. Tony R. Moore  
Western District of Louisiana, Monroe  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

      No. 22-30020   USA v. Stamper  
                          USDC No. 3:21-CV-2397

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   *Mary Stewart*  
                                   By: _____  
                                   Mary C. Stewart, Deputy Clerk  
                                   504-310-7694

cc w/encl:  
    Ms. Jessica Cassidy  
    Mr. Christopher Joe Stamper  
    Ms. Cristina Walker

**A True Copy**
**Certified order issued Feb 03, 2022**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

No. 22-30020

United States Court of Appeals
Fifth Circuit
**FILED**
February 3, 2022
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

CHRISTOPHER JOE STAMPER,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:21-CV-2397

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 3, 2022, for want of prosecution. The appellant failed to timely pay the fee.

No. 22-30020

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2