# United States District Court
## Western District of Louisianna

No. 3:19-CR-00033-01

Christopher Stamper
    Petitioner

United States of American
    Respondent

Motion to Correct Error
Fed. R. Civ. P. 60(a)

**RECEIVED**
MAR 01 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

## Relief Sought

Christopher Stamper moves this court for rule 60(a) of the Federal Rules of Civil Procedure for an order correcting a clerical error in the judgment entered in this case on December 9, 2021 and the order denying defendant's 59(e) motion dated January 12, 2022.

By correctly filing and docketing our Reply Brief that was originally filed via the inmate mailbox rule on November 12, 2021.

## Grounds for Relief

The court should make the correction of the clerical error described above because, this is the second time this court has lost part of, or misfiled defendant's motions. The petitioner would like to believe that this is merely an oversight or a good faith mistake on behalf of the clerk, or even an issue with the courts copier and not a intentional violation of my due process by this court.

Regardless of the reason, the end result is the same. The fact that my reply brief was improperly copied and filed and then misinterpeted by the court

1.

Chirstopher Stamper.                    No.-3:19-CR-00033-01

remains the same, a clear due process violation. Had the court seen my entire brief, it would have been crystal clear as to its purpose.

This error prevented the court from having the facts in this matter reviewed in accordance with the rules of the court as it pertains to §2255's and the relevent case law. This allowed the judge to come to an incorrect judgment.

Justice requires that the judgment be corrected as requested, so that the judgment can properly reflect the correct motion as it applies to my reply brief.

This motion is based on this document and the affidavit of Christopher Stamper.

Placed in inmate mailbox on 2/18/22          2.

2/10/2022
CS

My name is Christopher Stamper. I am over 18 years of age. I am fully competent to make this affidavit and I have a personal knowlege of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

On 11/1/21, I Christopher Stamper, placed my Reply Brief into the inmate mailbox, in compliance with the courts order.

Christopher Stamper
Reg# 20895-035
F.C.I.-La Tuna
P.O. Box 3000
Anthony, NM 88021