UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:19-CR-00033-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER JOE STAMPER (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MEMORANDUM ORDER**

Pending before the Court is a *pro se* Motion for Relief [Doc. No. 177] filed by Defendant Christopher Joe Stamper ("Stamper"). Stamper is again asserting that the Court misconstrued his Letter/Motion [Doc. No. 161] as a motion for reconsideration rather than as a reply brief.

While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e).  The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted). Stamper disagrees with the Court's determination in its prior Ruling [Doc. No. 170]; however, the Court has previously considered and rejected Stamper's arguments and finds no reason to alter or amend its Ruling. Accordingly,

**IT IS ORDERED** that Stamper's *pro se* Motion for Relief [Doc. No. 177] is **DENIED**.

MONROE, LOUISIANA, this 16th day of March 2022.

_____
Terry A. Doughty
United States District Judge