# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00033-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER JOE STAMPER (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Court is in receipt of a *pro se* letter/Motion filed by Defendant Christopher Stamper ("Stamper"). Stamper moves the Court to subpoena someone's criminal record as a minor, subpoena something for court records, for a court appointed attorney, and for a written analysis. The Court **DENIES** Stamper's Motion in full.

There is no mandatory constitutional or statutory right to the appointment of counsel in a post-conviction proceeding under § 3582(c). *United States v. Whitebird*, 55 F.3d 1007, 1011 (5th Cir. 1995). The decision instead rests in the Court's discretion. *See Id.*, 55 F.3d 1007. The Court sees no reason why it should appoint counsel for Stamper and denies the motion for such reason.

The Court further finds that Stamper's remaining arguments are frivolously before the Court and do not create valid claims for the Court to consider. Accordingly,

**IT IS ORDERED** that Stamper's Motion [Doc. No. 189] is **DENIED**.

_____
Terry A. Doughty
United States District Judge