# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:19-CR-00033-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CHRISTOPHER JOE STAMPER (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## MEMORANDUM ORDER

Before the Court is a Motion for Compassionate Release [Doc. No. 187] filed by Defendant, Christopher Joe Stamper ("Stamper"). A Response [Doc. No. 191] was filed by the United States ("the Government"), and a Reply [Doc. No. 199] was filed by Stamper.

On June 3, 2020 [Doc. No. 110] Stamper was sentenced to 240 months imprisonment for Receipt of Child Pornography 18 U.S.C. 2252A(a)(2)(A). Stamper's appeal was dismissed on March 26, 2021 [Doc. No. 128]. Stamper has filed various motions since the dismissal of his appeal, all of which have been denied.

At issue herein is a Motion for Compassionate Release [Doc. No. 187] filed by Stamper. However, Stamper was required to exhaust his administrative remedies by first making his request to the Bureau of Prisons. *See* 18 U.S.C. 3582(c)(1)(A). Because Stamper has failed to do so, we are without jurisdiction. *United States v. Koons*, 455 F. Supp. 3d 285, 289 (W.D. La. 2020). Therefore,

**IT IS ORDERED** that the Motion for Compassionate Release [Doc. No. 187] filed by Christopher Joe Stamper is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 13th day of January 2025.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**