### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:19-CR-00033-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER JOE STAMPER (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### MEMORANDUM ORDER

Before the Court is a Motion for Compassionate Release [Doc. No. 204] filed by Defendant, Christopher Joe Stamper ("Stamper").

On June 3, 2020 [Doc. No. 110] Stamper was sentenced to 240 months imprisonment for Receipt of Child Pornography 18 U.S.C. 2252A(a)(2)(A). Stamper's appeal was dismissed on March 26, 2021 [Doc. No. 128]. Stamper has filed various motions since the dismissal of his appeal, all of which have been denied.

At issue herein is a Motion for Compassionate Release [Doc. No. 204] filed by Stamper. However, as stated before, Stamper was, and still is, required to exhaust his administrative remedies by first making his request to the Bureau of Prisons. *See* 18 U.S.C. 3582(c)(1)(A). Because Stamper has failed to provide any evidence of this requirement, this Court is without jurisdiction. *United States v. Koons*, 455 F. Supp. 3d 285, 289 (W.D. La. 2020). Therefore,

**IT IS ORDERED** that the Motion for Compassionate Release [Doc. No. 204] filed by Christopher Joe Stamper is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 31st day of March 2026.

**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT JUDGE**